Entered on Docket September 19, 2014

**Below is the Order of the Court.**



**Marc Barreca**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | |
| KENNETH R. LORENZ and KAREN A. LORENZ, | Bankruptcy Case No.: 14-12159-MLB |
| | Chapter 7 |
| Debtors. | **ADVERSARY NO: 14-01322-MLB** |
| CROSS KEY CAPITAL LLC, a Washington limited liability company, | **STIPULATION AND ORDER TOLLING ADVERSARY PROCEEDING** |
| Plaintiff, | |
| v. | |
| KENNETH R. LORENZ, individually and his marital community, and KAREN A. LORENZ, her marital community, and LA INTERIORS NORTHWEST LLC, a Washington limited liability company, | |
| Defendants. | |

STIPULATION AND ORDER - 1

**Nold ♦ Muchinsky PLLC**
Bellevue Place, Suite 930
10500 NE 8th Street
Bellevue, WA 98004
425.289.5555 Fax 425.289.6666

1        WHEREAS on August 11, 2014, Plaintiff Cross Key Capital LLC commenced the above-captioned adversary proceeding ("Adversary Proceeding") against Defendants Kenneth and Karen Lorenz (the "Lorenzes") and LA Interiors Northwest LLC ("LA Interiors"), objecting to the discharge of the Lorenzes and alleging causes of action for fraudulent transfer and successor liability against LA Interiors; and

        WHEREAS on August 28, 2014, Edmund J. Wood, as the Chapter 7 Trustee ("Trustee"), brought an adversary proceeding against the Lorenzes, objecting to the discharge of the Lorenzes under Section 727 of the United States Bankruptcy Code ("727 Action"); and

        WHEREAS Plaintiff and Defendants (collectively the "Parties") recognize that should final judgment be granted in favor of the Trustee in the 727 Action, this Adversary Proceeding is essentially moot as the Lorenzes will not be eligible for a discharge, and thus the Parties seek to save costs and expenses by tolling the Adversary Proceeding until a final judgment is rendered in the 727 Action.

        IT IS HEREBY agreed and stipulated between the Parties and ORDERED as follows:

1. The Parties hereby agree that this Stipulation and Order shall act to toll the Adversary Proceeding until a final judgment is rendered in the 727 Action or the 727 Action is otherwise fully and completely disposed of or resolved.

2. This Stipulation and Order shall further act to toll any and all claims of the Parties in the Adversary Proceeding, including assertion of affirmative defenses and counterclaims.

3. The Status Conference scheduled to be heard on October 3, 2014 shall be struck at this time.

4. Upon a final judgment being entered in the 727 Action or upon the full and complete disposition or resolution of the 727 Action, the Defendants shall have 20 days to answer Plaintiff's Complaint in the Adversary Proceeding, and assert any defenses and affirmative defenses therein

STIPULATION AND ORDER - 2

Nold ♦ Muchinsky PLLC
Bellevue Place, Suite 930
10500 NE 8th Street
Bellevue, WA 98004
425.289.5555 Fax 425.289.6666

Case 14-01322-MLB    Doc 6    Filed 09/19/14    Ent. 09/19/14 16:50:52    Pg. 2 of 3

5. Nothing in this Stipulation and Order shall preclude any party from taking any necessary or appropriate further action in this Adversary Proceedings prior to the entry of a final resolution in the 727 Action if circumstances in the underlying bankruptcy case dictate such action.

6. This Agreement may be signed by the parties in any number of counterparts, all of which shall together constitute one and the same instrument.

7. This Stipulation and Order is subject to entry by the Bankruptcy Court, and if the Court does not enter this Order, then the Stipulations contained herein shall be void and of no effect.

///// END OF ORDER /////

PRESENTED BY AND APPROVED THIS 11th day of September, 2014.

NOLD MUCHINSKY PLLC

By: /s/ Amy K. D'Amato
    Brian M. Muchinsky, WSBA #31860
    Amy K. D'Amato, WSBA #43076
    Attorneys for Plaintiff

VORTMAN & FEINSTEIN

By: /s/ Larry B. Feinstein
    Larry B. Feinstein, WSBA #6074
    Attorney for Defendants

STIPULATION AND ORDER - 3

Nold ♦ Muchinsky PLLC
Bellevue Place, Suite 930
10500 NE 8th Street
Bellevue, WA 98004
425.289.5555 Fax 425.289.6666

Case 14-01322-MLB    Doc 6    Filed 09/19/14    Ent. 09/19/14 16:50:52    Pg. 3 of 3